# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2015

150229

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

MICHAEL P. DEPLAUNTY,
      Plaintiff-Appellee,

v

                                    SC: 150229
                                    COA: 321892
                                    MCAC: 12-000132

TROY SCHOOL DISTRICT,
      Defendant-Appellant,
and

SECOND INJURY FUND/PERMANENT
& TOTAL DISABILITY PROVISIONS,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the September 15, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2015



                                Clerk

t0831